UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**MEMORANDUM**

TO:     David Copperthite
Assistant U.S. Attorney

Damon Lee
Reg. No. 52863-037
USP Big Sandy
U.S. Penitentiary
P.O. Box 2068
Inez, KY 41224

DATE:   November 20, 2015

FROM:   Judge Catherine C. Blake

SUBJECT:  USA v. Damon Lee, CCB-10-0677

---

I agree that Mr. Lee's sentence of 84 months imposed pursuant to a Rule 11(c)(1)(C) plea agreement was not based on a specified drug quantity guidelines range. Accordingly, his motion for reduction will be denied by separate Order.

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 NOV 20 PH 2: 00
CLERKS OFFICE
AT BALTIMORE
BY_____ _DEPUTY